NOTE: This disposition is nonprecedential.

# United States Court of Appeals for the Federal Circuit

———————————

**NUEVOLUTION A/S, PETER BIRK RASMUSSEN,**
*Plaintiffs-Appellants*

**v.**

**HENRIK PEDERSEN, CHEMGENE HOLDING APS,**
*Defendants-Appellees*

———————————

2015-1284, 2015-1285

———————————

Appeals from the United States District Court for the Eastern District of Virginia in No. 1:14-cv-00357-CMH-TCB, Senior Judge Claude M. Hilton.

———————————

**JUDGMENT**

———————————

JONATHAN FREIMAN, Wiggin and Dana LLP, New Haven, CT, argued for plaintiff-appellant Nuevolution A/S. Also represented by DAVID R. ROTH; JAMES BICKS, Stamford, CT.

RICHARD L. BEIZER, Crowell & Moring, LLP, Washington, DC, argued for plaintiff-appellant Peter Birk Rasmussen. Also represented by TIFFANY WYNN.

TURNER PEARCE SMITH, Curtis, Mallet-Prevost, Colt & Mosle LLP, New York, NY, argued for defendants-appellees. Also represented by KEVIN ARTHUR MEEHAN.

—————————————

THIS CAUSE having been heard and considered, it is

ORDERED and ADJUDGED:

PER CURIAM (PROST, *Chief Judge,* NEWMAN and LINN, *Circuit Judges*).

**AFFIRMED.** *See* **Fed. Cir. R. 36.**

ENTERED BY ORDER OF THE COURT

| | |
|---|---|
| July 19, 2017 | /s/ Peter R. Marksteiner |
| Date | Peter R. Marksteiner |
| | Clerk of Court |